EYLER v ANDERSON, etc

Ohio Supreme Court
No 22140.  Decided April 2, 1930